IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02123-BNB

SOPHIA HOLLIS,

    Plaintiff,

v.

FED EX SMART POST,

    Defendant.

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 15, 2012, at Denver, Colorado.

                                    BY THE COURT:

                                    *s/Craig B. Shaffer*
                                    United States Magistrate Judge